UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KEVIN VENTRY                                    CIVIL ACTION

VERSUS                                          NO. 11-2989

MARLIN GUSMAN, SHERIFF                          SECTION "J" (3)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 20th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE